**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LAWRENCE JAY POPE | § | CASE NO. 10-40095-R |
| | § | CHAPTER 7 |
| DBA L.J. POPE | § | |
| | § | JUDGE BRENDA T. RHOADES |

**NOTICE OF APPEARANCE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that NATIONAL BANKRUPTCY SERVICES.COM LLC has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Harley-Davidson Credit Corp.**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
NATIONAL BANKRUPTCY SERVICES.COM LLC

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 3901-N-6953
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Harley-Davidson Credit Corp.

## CERTIFICATE OF SERVICE

      I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before January 28, 2010:

**Debtors' Attorney**
Judith A. Swift
Attorney At Law
10501 N. Central Expressway Suite 301
Dallas, TX  75231

**Chapter 7 Trustee**
Linda Payne
541 Banner Place, 12770 Coit Road
Dallas, Texas 75251

**U.S. Trustee**
William Neary
300 Plaza Tower / 110 North College
Tyler, Texas 75702

      /s/ Joe M. Lozano, Jr.

      Joe M. Lozano, Jr.

3901-N-6953
noaelect