IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 10-40095-7 |
| LAWRENCE J. POPE § | |
| § | |
| Debtor. § | |

**AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC**

Came on for consideration, the Motion to Approve Agreement for Relief from the Automatic Stay ("Motion"), filed by Wright Ginsberg Brusilow P.C. ("WGB"), and it appearing that the Chapter 7 Trustee, Linda S. Payne has agreed to the relief requested, that no objections have been filed to the Motion, that the approval of the agreement is in the best interest of the estate, it therefore,

ORDERED that the Motion is granted, it is further,

ORDERED that relief from the automatic stay is granted to allow Movant to exercise all of its state law remedies concerning its security interest in the following motorcycles:

    a. 1978 Lave Motorcycle, VIN 1221;

    b. 1982 BMW Motorcycle, VIN WB1043500C6175670;

    c. 1972 BMW Motorcycle, VIN 2985705;

    d. 1958 IND Motorcycle, VIN JS13584;

    e. 1942 Harley Davidson Motorcycle, VIN 42UL1382; AND,

    f. 1970 BSA Motorcycle, VIN HD00472A65F.

Signed this _____ day of _____, 2010

                                      Signed on 06/11/2010

                                  *Brenda T. Rhoades*  MD
                                HONORABLE BRENDA T. RHOADES,
                                UNITED STATES BANKRUPTCY JUDGE

Agreed to:


/s/ Shawn K. Brown
(SBN# 03170490)
**WRIGHT GINSBERG BRUSILOW P.C.**
325 N. St. Paul Street, Suite 4150
Dallas, TX  75201
Telephone:  (214) 651-6508
Facsimile: (214) 744-2611
sbrown@wgblawfirm.com

**ATTORNEYS FOR MOVANT**


/s/ Linda S. Payne
541 Banner Place
12770 Coit Road
Dallas, Texas 75251
972-628-3695

**CHAPTER 7 TRUSTEE**